No. 77–6925.   Michele v. United States.   C. A. 2d Cir. Certiorari denied.

No. 77–6926.   Mitchell v. United States.   C. A. 6th Cir.   Certiorari denied.

No. 77–6927.   Baldridge v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 77–6928.   Carter v. Blumenthal, Secretary of the Treasury.   C. A. 10th Cir.   Certiorari denied.

No. 77–6929.   Lippincott v. United States.   C. A. 10th Cir.   Certiorari denied.

No. 77–6930.   Cannon v. United States.   C. A. 7th Cir. Certiorari denied.

No. 77–6931.   Glasby v. United States.   C. A. 7th Cir. Certiorari denied.

No. 77–6932.   Coomes v. Commissioner of Internal Revenue.   C. A. 6th Cir.   Certiorari denied.

No. 77–6933.   Benavides v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 77–6934.   Mutyambizi v. Maryland.   Ct. Sp. App. Md.   Certiorari denied.

No. 77–6935.   Reeves v. Georgia.   Sup. Ct. Ga.   Certiorari denied.

No. 77–6936.   Adams v. United States.   C. A. 3d Cir. Certiorari denied.

No. 77–6937.   Clary et al. v. United States.   C. A. 10th Cir.   Certiorari denied.

No. 77–6939.   Evans v. United States.   C. A. 9th Cir. Certiorari denied.